IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 1:05-cr-12-F |
| ) | |
| CHARLIE MAYES ) | |

ORDER

On September 20, 2005, defendant Charlie Mayes filed a Motion for Judgment of Acquittal and in the Alternative Motion for New Trial. Upon consideration of those matters presented in defendant Mayes' motions, and for good cause shown, it is the

ORDER, JUDGMENT and DECREE of this court that said motions be and the same is hereby DENIED.

DONE this 27th day of September, 2005.

_____
UNITED STATES CIRCUIT JUDGE